findings of the trial court to the effect that the execution of the deed was induced by the trust relation and confidence existing between the parties, and that such deed is fraudulent and void, are contrary to the weight of the evidence, and that the finding of the trial court that there was never a delivery of such deed is contrary to the evidence. All concurred.

Sarah Goldstein, as Administratrix, etc., Respondent, v. New York State Railways, Appellant.— Judgment and order affirmed, with costs. All concurred, except Merrell, J., who dissented.

Schuyler Ackerman, as Administrator, etc., Respondent, v. Irving E. Stacey, Appellant.— Judgment and order affirmed, with costs. All concurred; Foote, J., not sitting.

William Lightfoot, Appellant, v. William Bowen Haggerty and Others, Respondents.— Judgment affirmed, with costs. All concurred.

Daniel F. Strobel, Respondent, v. John Pierce, Appellant.— Judgment reversed and new trial granted before another referee, with costs to appellant to abide event, unless the plaintiff within ten days stipulates to reduce, as of the date of the referee's report, the damages awarded for use of the plant to the sum of $2,500 and the damages by reason of the additional expense of the stone purchased of the Little Falls Company to the sum of $618.20; in which event the judgment is modified accordingly, and as so modified affirmed, without costs of this appeal to either party. All concurred.

John P. Dunn, Respondent, v, Lippard-Stewart Motor Car Company, Appellant.— Judgment affirmed, with costs. All concurred.

Minnie A. Hewson, Respondent, v. International Railway Company and Another, Appellants. Judgment and order affirmed, with costs. All concurred.

Herbert L. Getty, Appellant, v. William Schwab and Another, Respondents.— Judgment affirmed, with costs. All concurred.

The R. T. Ford Company, Respondent, v. Elizabeth B. Callaghan and Another, Appellants, Impleaded with Others.— Judgment affirmed, with costs. All concurred.

Raymond J. Sullivan, an Infant, etc., Plaintiff, v. The McCue Company, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concurred.

Helen Gleason, an Infant, etc., Respondent, v. Frank Sullivan Smith, as Receiver, etc., of Pittsburg, Shawmut and Northern Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Henry Harnick, Respondent, v. Lackawanna Bridge Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Herman Koehn, Respondent, v. Gustave Metz and Others, Appellants. — Judgment and order affirmed, with costs. All concurred.

The People of the State of New York, Respondent, v. Grace Thompson, Appellant.— Judgment of conviction affirmed. All concurred.

Ellen B. Dorn, Respondent, v. Erie Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Andrew Marmora, Respondent, v. International Railway Company and